# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129206(51)

GREGORY HAYNES,
     Plaintiff-Appellant,

v

MICHAEL J. NESHEWAT,
ROBERT J. MURRAY, and
BRIAN PELTZ,
     Defendants,
and

OAKWOOD HEALTHCARE, INC.,
and OAKWOOD HOSPITAL-
SEAWAY CENTER,
     Defendants-Appellees.
_____

SC:    129206
CoA:  249848
Wayne CC: 01-137330-NO

On order of the Chief Justice, the motion by plaintiff-appellant for extension of the time for filing his brief and appendix is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2006

_____
Clerk